IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELEA ANN CRUMEDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-1319 |
| | § | |
| MEMORIAL HERMANN SOUTHWEST, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Memorial Hermann Southwest Hospital and the City of Houston EMS filed a plea in abatement, based on the illness of plaintiff. The motion is granted. This suit is abated until further order. No later than September 4, 2009, counsel for the defendants and the plaintiff are to advise the court in writing of the status of plaintiff's ability to proceed.

SIGNED on July 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge